UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                          :        CHAPTER 7
                                                :
BRANDY VALENTIN GILLESPIE,                      :        CASE NO. 23-50616-PWB
                                                :
        DEBTOR.                                 :

## NOTICE OF REAPPOINTMENT OF TRUSTEE

The United States Trustee for Region 21 gives notice that, pursuant to the Court's order entered October 7, 2025 (Dkt. No. 27), **S. Gregory Hays** is reappointed as trustee in this case.  The trustee shall serve under the blanket bond heretofore approved.

Notice given by:                GUY A. VAN BAALEN
                                ACTING UNITED STATES TRUSTEE
                                REGION 21

                                *s/ Jeneane Treace*
                                R. Jeneane Treace
                                GA Bar No. 716620
                                United States Department of Justice
                                Office of the United States Trustee
                                362 Richard B. Russell Building
                                75 Ted Turner Drive, S.W.
                                Atlanta, Georgia 30303
                                (404) 331-4437
                                jeneane.treace@usdoj.gov