UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                   :        CHAPTER 7
                                         :
BRANDY VALENTIN GILLESPIE,               :        CASE NO. 23-50616-pwb
                                         :
    Debtor                               :
                                         :

**APPLICATION TO EMPLOY LAMBERTH, CIFELLI, ELLIS & NASON, P.A.,
AS COUNSEL FOR TRUSTEE**

COMES NOW S. Gregory Hays, in his capacity as Chapter 7 Trustee ("Trustee") for the bankruptcy estate (the "Bankruptcy Estate") of Brandy Valentin Gillespie ("Debtor"), and hereby files this *Application to Employ Lamberth, Cifelli, Ellis & Nason, P.A. as Counsel for Trustee* (the "Application"). In support thereof, Trustee shows the Court as follows:

1.      Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on January 21, 2023.

2.      Trustee was appointed as the interim Chapter 7 trustee in this case.

3.      The meeting of creditors was concluded on March 1, 2023. Trustee is the duly appointed trustee in this case pursuant to 11 U.S.C. § 702(d).

4.      To administer this case in a proper, efficient, and economical manner, Trustee requires the services of legal counsel.

5.      Trustee shows that it is necessary to retain attorneys to assist Trustee with: prosecution of claims belonging to the bankruptcy estate; legal issues regarding administration of the case; objections to claims as needed, and such other matters as may arise regarding which Trustee may need legal advice and counsel in the course of this case. Accordingly, Trustee has need for employment of attorneys to provide counsel and assistance in this case.

6.      Trustee wishes to employ the law firm of Lamberth, Cifelli, Ellis & Nason, P.A. (the "Firm"), 6000 Lake Forrest Drive, N.W., Ste. 290, Atlanta, GA  30328, (404) 262-7373, as Trustee's attorneys in this case. Trustee shows that the attorneys practicing with said law firm are admitted to practice in this Court, have knowledge and experience with regard to the matters in which the firm is to be engaged, and are well qualified to represent Trustee. Included with the Firm's Bankruptcy Rule 2014 Verification, attached hereto as Exhibit "A", is a statement with regard to its current rates and policy regarding reimbursement of expenses. Trustee anticipates that the Firm would seek reasonable compensation based upon the recognized factors. No compensation will be paid by Trustee to the Firm except upon application to and approval by the Bankruptcy Court after notice and hearing as required by law.

7.      To the best of Trustee's knowledge: the law firm of Lamberth, Cifelli, Ellis & Nason, P.A., represents no interest adverse to Trustee, Debtor, or the Bankruptcy Estate in the matters upon which it is to be engaged; said attorneys are disinterested persons under 11 U.S.C. §101(14) with regard to the matters upon which they are to be engaged; and the appointment of Lamberth, Cifelli, Ellis & Nason, P.A., will be in the best interests of the Bankruptcy Estate, Debtor, creditors of Debtor, and other parties in interest.

WHEREFORE, Trustee prays for authority to retain and employ the law firm of Lamberth, Cifelli, Ellis & Nason, P.A., in this case for the purposes specified herein above, and that Trustee have such other and further relief as may be just and proper.

This 18th day of November, 2025

/s/ S. Gregory Hays
S. Gregory Hays (by G. Frank Nason, IV, with express permission)
Chapter 7 Trustee
ghays@haysconsulting.net

Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, Georgia 30305
(404) 926-0060

LAMBERTH, CIFELLI,
    ELLIS & NASON, P.A.
*Proposed Attorneys for Trustee*

By: /s/ G. Frank Nason, IV
        G. Frank Nason, IV
        Georgia Bar No. 535160
        fnason@lcenlaw.com

6000 Lake Forrest Drive, N.W.
Suite 290
Atlanta, GA  30328
(404) 262-7373
(404) 262-9911 (facsimile)

## EXHIBIT "A"

### RULE 2014 VERIFICATION WITH REGARD TO EMPLOYMENT OF ATTORNEYS

The undersigned hereby declares under penalty of perjury:

1.      I am a member of the law firm of Lamberth, Cifelli, Ellis & Nason, P.A., a professional association engaged in the practice of law with offices at 6000 Lake Forrest Drive, N.W., Ste. 290, Atlanta, GA  30328 (the "Firm").  All attorneys practicing with the Firm are attorneys at law duly admitted to practice in the State of Georgia and in the United States District Court, Northern District of Georgia.

2.      The Firm has been asked to represent S. Gregory Hays, in his capacity as Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Brandy Valentin Gillespie ("Debtor"). To the best of my knowledge, the Firm has no professional, business, or other connection with the aforementioned Debtor, any creditors in this case, or any other party in interest, as well as their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, except as set forth below.  The Firm represents no interest which would be adverse to the estate of Debtor in connection with the matters upon which the Firm is to be engaged.  Disclosure is made that the Firm has previously represented S. Gregory Hays in his capacity as receiver and trustee in unrelated matters.

3.      The Firm represents no interest which would be adverse to the estate of Debtor in connection with the matters upon which the Firm is to be engaged. Accordingly, I believe the Firm is a "disinterested person" as that term is defined in section 101(14), as modified by section 1107(b) of the Bankruptcy Code.

4.      The Firm is not and was not a creditor, an equity security holder or an insider of Debtor.

5.      The Firm is not and was not within two years before the Petition Date, a director, officer or employee of Debtor or of an investment banker of Debtor.

6.      Attached hereto is the Firm's Resume, describing the Firm's attorneys, current hourly rates, and charges for expenses.

7.      The Firm will not expect nor receive any compensation from the estate except upon application to and approval by the Bankruptcy Court after notice and hearing.

I verify that the above statements are true to the extent of my present knowledge and belief.

Dated: November 18, 2025

/s/ G. Frank Nason, IV
G. Frank Nason, IV
Georgia Bar No. 535160

**[Resume of Lamberth, Cifelli, Ellis & Nason, P.A. Follows]**



*The Resume of the Law Firm of*

# *LAMBERTH,*
## *CIFELLI,*
### *ELLIS &*
#### *NASON, P.A.*

# LAMBERTH, CIFELLI, ELLIS & NASON, P.A.

6000 Lake Forrest Drive, N.W.
Suite 290
Atlanta, GA  30328
(404) 262-7373
(404) 262-9911 (fax)
www.LCENlaw.com

FIRM RESUME

*Lamberth, Cifelli, Ellis & Nason, P.A.*, a professional association organized in 1972, is engaged in a general civil practice, with emphasis and concentrations in the areas of creditor's rights, bankruptcy and insolvency law, business reorganization, general business, and trial and appellate practice.  The Firm has an "av" rating in the Martindale-Hubbell Law Directory.

Within the framework of its creditor/debtor law and bankruptcy practice, the Firm has substantial experience in the representation of clients in bankruptcy cases, representation of trustees, state court receivers, Chapter 11 Debtors, creditor's committees, and other fiduciaries in business bankruptcy cases.  Members of the Firm have served as Chapter 11 and Chapter 7 Trustees and state court receivers.

The Firm charges a reasonable fee, taking into account the time and value of services rendered.  Currently, time is generally charged at rates ranging from $475 to $525 per hour for attorney time and $75 to $225 per hour for paralegal time.  Other relevant factors taken into account in setting a reasonable fee include the amounts involved and the results achieved in the representation, the novelty and complexity of the issues presented, and any time constraints imposed by the client or the circumstances.  The Firm also charges for expenses incurred in connection with the provision of legal services as set forth in the attached Expense Description.

All attorneys practicing with the Firm are members of the State Bar of Georgia and are admitted to practice before the United States District Court of the Northern District of Georgia.  The attached Attorney Resume sets forth the names, qualifications, and proposed hourly rates of the Firm's attorneys.  Each attorney's hourly rate is subject to adjustment in accordance with economic conditions and changes in his or her qualifications, experience, and ability.  The Firm may hire additional associate attorneys, whose hourly rates will be determined in accordance with their qualifications, experience, and ability.

## ATTORNEY RESUME

**James Craig Cifelli** (*Of Counsel*) ($525.00 per hour).  A.B., cum laude, Duke University, 1973; J.D., Vanderbilt University, 1976.  Admitted to bar, 1976.  Speaker at seminars for lawyers and credit managers on topics relating to bankruptcy, enforcement of creditor's rights and collection of accounts.  (Also admitted in Connecticut.)

**Gregory D. Ellis** ($525.00 per hour).  B.S., University of Pennsylvania, 1984; J.D., with distinction, Emory University, 1989.  Admitted to bar, 1989.  C.P.A., licensed in State of New York, 1986.

**Sharon K. Kacmarcik** ($425.00 per hour). B.S., highest honors, University of Illinois, 1988; J.D., with distinction, Emory University, 1991.  Admitted to bar, 1991. Professional Articles Editor, EMORY INTERNATIONAL LAW REVIEW, 1990-91.  Law Clerk to the Honorable Sam B. Hall, Jr., United States District Judge, Eastern District of Texas, 1991-92. (Also admitted in Texas and Illinois.)

**J. Michael Lamberth** (*Of Counsel*) ($525.00 per hour). B.E., magna cum laude, Vanderbilt University, 1970; J.D., with distinction, Duke University, 1973.  Admitted to bar, 1974.  Law clerk to: the Honorable Sidney O. Smith, Jr., Chief U.S. District Court Judge for the Northern District of Georgia, 1973-74; the Honorable James C. Hill, U.S. District Court Judge for the Northern District of Georgia, 1974-75; State Bar of Georgia Bankruptcy Section - Member, Board of Directors 1993-1997; Treasurer 1994-1995; Vice-Chair, 1995-1996; Chair, 1996-1997.  Advisory Committee of the Judicial Conference of the United States, Federal Rules of Bankruptcy Procedure 2005-11.  Director, Southeastern Bankruptcy Law Institute.

**G. Frank Nason, IV** ($475.00 per hour). B.A., Vanderbilt University, 1983; J.D., cum laude, Walter F. George School of Law, Mercer University, 1986.  Admitted to bar, 1986.  Member, 1984-85 and Managing Editor Staff, 1985-86, MERCER UNIVERSITY LAW REVIEW; Recipient, American Jurisprudence Award for Property, II.

**LAMBERTH, CIFELLI, ELLIS & NASON, P.A.**

**<u>Expense Description</u>**

Out-of-pocket expenses incurred in connection with the provision of legal services are charged to the client for reimbursement of the amount expended.  These charges typically include: court filing fees; court reporting fees for appearances or transcriptions in connection with testimony at hearings, trials, depositions or examinations; record search fees by independent services; out-of-town express courier charges; postage; travel expenses (including lodging and air fare); costs for working luncheons or dinners and out-of-town meals; charges for copies of documents outside the office and applicable certification fees (public records, court documents, opposing counsel charges); and online research (actual cost or, in the case of services available for a flat fee, a charge based on the estimated average cost of the services).

The Firm contracts with an independent courier service for deliveries within the metropolitan Atlanta area.  The Firm charges either actual cost per delivery or a pro-rated charge based on the estimated cost of the service in the event of multiple deliveries.

The Firm also charges for the following:

Photocopies (10 cents per page)

Telecopy Transmissions and Receipts (25 cents per page sent or received)

Local travel (mileage at rates provided for under applicable Internal Revenue provisions)

**Certificate of Service**

This is to certify that I have on this day electronically filed the foregoing *Application to Employment Lamberth, Cifelli, Ellis & Nason, P.A. as Counsel for the Trustee* (the "Application"), using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

I further certify that on this day I caused a copy of the foregoing Application to be served via United States First Class Mail, with adequate postage affixed thereto, to the following parties set forth below, at the address shown for each:

> Brandy Valentin Gillespie
> 5847 Oakley Industrial Blvd.
> Apt. 518
> Fairburn, GA 30213

This 18th day of November, 2025

By: */s/ G. Frank Nason, IV*
G. Frank Nason, IV
Georgia Bar No. 535160
fnason@lcenlaw.com

6000 Lake Forrest Drive, N.W.
Ste. 290
Atlanta, GA  30328
(404) 262-7373